**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

REGINALD A. GREEN,

        Plaintiff,

vs.                                        Case No. 3:12-cv-134-J-99TJC-MCR

STATE OF FLORIDA, et al.,

        Defendants.

## **ORDER**

This case is before the Court on Plaintiff's Amended Complaint (Doc. 15) and Affidavit of Indigency (Doc. 2) and Amended Affidavit of Indigency (Doc. 9), which the Court construes as motions for leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915(a)(1). Upon review of these filings, the assigned United States Magistrate Judge issued a Report and Recommendation recommending that the Motions to Proceed In Forma Pauperis be denied and that the complaint be dismissed without prejudice to plaintiff filing a paid complaint (Doc. 16). No objections were filed and the time in which to do so has now passed.

Accordingly, upon independent review of the file and for the reasons stated in the Report and Recommendation issued by the Magistrate Judge (Doc. 16), it is hereby

**ORDERED**:

1. The Report and Recommendation (Doc. 16) of the Magistrate Judge is **ADOPTED** as the opinion of the Court.

2. Plaintiff's Motion to Proceed In Forma Pauperis (Doc. 2) and Amended Motion to Proceed In Forma Pauperis (Doc. 9) are **DENIED**.

3. No later than, **August 21, 2012,** plaintiff shall pay the filing fee to continue the prosecution of this case. **Plaintiff's failure to pay the filing fee by the August 21, 2012 deadline will result in dismissal of this case without prejudice without further notice.** The Clerk shall close the file now subject to reopening if plaintiff pays the filing fee.

**DONE AND ORDERED** at Jacksonville, Florida this 9th day of July, 2012.

TIMOTHY J. CORRIGAN
United States District Judge

mg.
Copies:

Honorable Monte C. Richardson
United States Magistrate Judge

pro se plaintiff

2