# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### JACKSONVILLE DIVISION

REGINALD A. GREEN,

        Plaintiff,

vs.                                    Case No. 3:12-cv-134-J-32MCR

STATE OF FLORIDA, et al.,

        Defendants.

_____

## ORDER

This case is before the Court on pro se Plaintiff's Motion to Correct Order on All Defendants (Doc. 163), Motion to Recuse (Doc. 164), and Notice of Inquiry (Doc. 165). Upon due consideration, the Court denies the motion to correct and the motion to recuse for the same reasons that it has denied Plaintiff's previous motions to correct and motions to recuse. (Docs. 154, 160.) As for the notice of inquiry, the Court again advises Plaintiff that the proceedings in this case are currently stayed pending his appeal. (Doc. 154 at 2; Doc. 160 at 3.) Accordingly, it is hereby

**ORDERED**:

1. Plaintiff's Motion to Correct Order on All Defendants (Doc. 163) is **DENIED**.

2. Plaintiff's Motion to Recuse (Doc. 164) is **DENIED**.

**DONE AND ORDERED** at Jacksonville, Florida this 24th day of February, 2014.

TIMOTHY J. CORRIGAN
United States District Judge

bjb.
Copies:

Counsel of record

Pro se plaintiff