**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

REGINALD A. GREEN,

    Plaintiff,

v.                                        Case No:   3:12-cv-134-J-32MCR

STATE OF FLORIDA, et al.,

    Defendants.

_____

**O R D E R**

This case is before the Court on pro se Plaintiff's Affidavit Accompanying Motion for Permission to Appeal In Forma Pauperis (Doc. 166), filed on February 3, 2014, which the Court construes as a motion for leave to appeal in forma pauperis pursuant to Federal Rule of Appellate Procedure 24(a), and Plaintiff's Motion for Reconsideration (Doc. 169), filed on February 28, 2014.

Plaintiff's motion for leave to appeal in forma pauperis fails to meet the requirements of Rule 24(a)(1)(C) in that it does not contain any statement of issues Plaintiff intends to present on appeal.   Additionally, the Court further finds pursuant to 28 U.S.C. § 1915(a)(3) that this appeal is not taken in good faith as the lawsuit is frivolous for the reasons explained in the Court's orders denying Plaintiff's many requests for leave to proceed before this Court in forma pauperis (Docs. 16, 17, 20, 24). See Coppedge v. United States, 369 U.S. 438, 444-45 (1962) (defining "good faith" for purposes of in forma pauperis review using an objective standard of whether applicant seeks appeal of an issue that is not frivolous); also Sun v. Forrester, 939 F.2d 924 (11th

Cir. 1991) (affirming denial of frivolous in forma pauperis appeal as "one without arguable merit" either factually or legally).

Upon due consideration, the Court denies Plaintiff's motion for reconsideration for the same reasons it has denied Plaintiff's previous motions to correct and motions to recuse.  (Docs. 154, 160, 167.)  For Plaintiff's reference, the Clerk should mail Plaintiff another copy of the Court's October 9, 2013 Order (Doc. 142).

Accordingly, it is hereby

**ORDERED**

1. Plaintiff's Affidavit Accompanying Motion for Permission to Appeal In Forma Pauperis (Doc. 166) is **DENIED**.

2. Plaintiff's Motion for Reconsideration (Doc. 169) is **DENIED**.

3. The Clerk should enclose another copy of the Court's October 9, 2013 Order (Doc. 142) when it mails this Order to Plaintiff.

**DONE AND ORDERED** at Jacksonville, Florida the 4th day of March, 2014.

_____
TIMOTHY J. CORRIGAN
United States District Judge

bjb
Copies to:

Clerk of Court, Eleventh Circuit Court of Appeals

Pro se plaintiff

Counsel of record