**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

REGINALD A. GREEN,

    Plaintiff,

v.                                             Case No. 3:12-cv-134-J-32MCR

STATE OF FLORIDA, et al.,

    Defendants.

_____

**O R D E R**

This case is before the Court on pro se Plaintiff Reginald A. Green's Amended Motion to Appeal (Doc. 178), filed on September 2, 2014. To the extent the motion seeks leave to appeal, no such leave is necessary as the Court has now adjudicated all remaining claims in this case. (See Doc. 175.) Moreover, Plaintiff has already filed a Notice of Appeal. (Doc. 179.)

To the extent the motion could be construed as a motion for leave to appeal in forma pauperis pursuant to Federal Rule of Appellate Procedure 24(a), it is due to be denied. The Court finds pursuant to 28 U.S.C. § 1915(a)(3) that this appeal is not taken in good faith as the lawsuit is frivolous for the reasons explained in the Court's orders denying Plaintiff's many requests for leave to proceed in forma pauperis before this Court and on appeal (Docs. 16, 17, 20, 24, 170). See Coppedge v. United States, 369 U.S. 438, 444-45 (1962) (defining "good faith" for purposes of in forma pauperis review using an objective standard of whether applicant seeks appeal of an issue that is not frivolous); also Sun v. Forrester, 939 F.2d 924 (11th Cir. 1991) (affirming denial

of frivolous in forma pauperis appeal as "one without arguable merit" either factually or legally).

Accordingly, it is hereby **ORDERED** that Plaintiff's Amended to Appeal (Doc. 173) is **MOOT in part** and **DENIED in part**.

**DONE AND ORDERED** at Jacksonville, Florida the 12th day of September, 2014.

TIMOTHY J. CORRIGAN
United States District Judge

bjb
Copies to:

Clerk of Court, Eleventh Circuit Court of Appeals

Pro se plaintiff

Counsel of record

2